# Priority+ Legal Services, Inc.

PO Box 540, Reisterstown, Maryland 21136
(410) 282-7000  Fax (410) 823-3299

### Affidavit - Return of Private Process

U. S. District Court District of Maryland

Case #  CCB-10-cv-1560

Case    Broadcast Music, Inc., et. Al.

vs.

Orange Ball, Inc. d/b/a Orange Ball Billards & Café

The undersigned certifies to be a competent person over 18 years old and is not a party to the aforsaid action.

That on 7/14/2010 at 3:50:00 PM at Orange Ball Billards & Café, 430 Hgungerford Dr Rockville, MD 20850

Ho S. Chang was served with:
Accepted by:

- ☑ Writ of Summons
- ☑ Complaint
- ☐ Injunction
- ☐ Interrogatories
- ☐ Subpoena
- ☐ Notice to Take Deposition
- ☐ Order to Appear for Oral Exam
- ☑ Supporting Documents

- ☐ Confessed Judgement
- ☐ Show Cause Order
- ☐ Replevin
- ☐ Writ of Garnishment on Property
- ☐ Writ of Garnishment on Wages
- ☐ Civil Non-Domestic Case Information Report
- ☐ Civil Domestic Case Information Report
- ☐ Request for Production of Documents

Other:

**Additional Information:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Race: | Asian | Height | 5'7" | Hair: | Mixed | Age: 43 |
| Sex | Male | Weight: | 155 | Other: | | |

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date:  7/21/2010

Private Process Server